**Order filed September 15, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00609-CV

———————

## TRENTON GARRETT, Appellant

## V.

## TRACY GRAHAM, ET AL, Appellees

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1072042**

## ORDER

On August 5, 2016, appellant filed two "Appellants/Cross-Appellee's Opening Brief of Appellant Petition." On August 23, 2016, appellant filed a third brief. These briefs are not in compliance with the Texas Rules of Appellate Procedure. The briefs fail generally to comply with the rules. *See* Tex. R. App. P. 38.1 (d), (f), (g), (h), (i), and (j). Specifically, we are unable to identify the nature of either appellant's arguments or the relief sought.

Accordingly, we order appellant's briefs filed August 5, 2016, and August 23, 2016, stricken. Appellant is ordered to file a single brief that complies with the Texas Rules of Appellate Procedure **within fourteen (14) days** of the date of this order. *See* Tex. R. App. P. 38.1(d), (f), (g), (h), (i), and (j).

If appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).


PER CURIAM


Panel consists of Justices Busby, Donovan, and Brown.